# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                    CASE NO. 3:17cr115/MCR

**NICHOLAS E. FOGARTY**
_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **NICHOLAS E. FOGARTY**, pursuant to Title 18, United States Code, Section 2253, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in said indictment;

AND WHEREAS, on or about March 13, 2018, defendant **NICHOLAS E. FOGARTY** was found guilty by a jury of the violations set forth in the indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said verdict and concession of forfeiture, the United States is now entitled to possession of said property,

pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

   a. **HP Pavilion desktop computer tower, SN 4CI55000QB, with Western Digital hard drive; and**
   b. **Samsung Galaxy Grand Prime cellular telephone, Model Number SM-S920L, with SD card.**

3. That an order of preliminary forfeiture is hereby entered in favor of the United States against defendant **NICHOLAS E. FOGARTY** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 15th day of March 2018.

       *s/ M. Casey Rodgers*
       **M. CASEY RODGERS**
       **CHIEF UNITED STATES DISTRICT JUDGE**