IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                 Case No. 3:17cr115/MCR

NICHOLAS E. FOGARTY

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT NICHOLAS E. FOGARTY

WHEREAS, on March 15, 2018, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the jury's verdict as to all counts of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

    a. **HP Pavilion desktop computer tower, SN 4CI55000QB, with Western Digital hard drive; and**
    b. **Samsung Galaxy Grand Prime cellular telephone, Model Number SM-S920L, with SD card.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **NICHOLAS E. FOGARTY** at the time of sentencing and shall be made part of the sentence and included in the

1

judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **NICHOLAS E. FOGARTY's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this __17th__ day of July, 2018.

_s/ M. Casey Rodgers_
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE