IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                             Case Nos.:  3:17cr115/MCR/HTC
                                               3:20cv90/MCR/HTC

NICHOLAS E. FOGARTY,

     Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 23, 2022.  ECF No. 87.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 87, is adopted and incorporated by reference in this order.

2.      Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 78, is **DENIED;** and

3.      A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr115/MCR/HTC; 3:20cv90/MCR/HTC